No. 04–10032. LEE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 04–10040. DOUGHERTY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–10042. DODD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–10043. SCARBERRY v. SIDDIQ. C. A. 11th Cir. Certiorari denied.

No. 04–10045. ROBINSON v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10046. HARLOW, AKA SIGWOLF v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 04–10047. HARRIS v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 04–10052. WATSON v. HOME DEPOT U. S. A., INC. C. A. 7th Cir. Certiorari denied.

No. 04–10053. WIPF v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10054. ALGOE v. KNISS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10056. BELLON v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 04–10057. BENNETT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–10058. BARLEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–10066. LOUD v. KANE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10069. SWANK v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.